Sohvi Laakso, as Administratrix of the Estate of Arvo Laakso, Deceased, Appellant, *v.* Thadeus Jablonowski, Respondent.

Submitted March 9, 1951; decided April 5, 1951.

*Samuel Cooperman* for motion.
*Harry P. Rich* opposed.

Motion granted, without costs or disbursements. [See 302 N. Y. 716.]